# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DALE R. ARNOLD,** | : | |
| Petitioner | : | |
| | : | No. 1:22-cv-01944 |
| v. | : | |
| | : | (Judge Kane) |
| **WARDEN OF SCI-BENNER** | : | |
| **TOWNSHIP, et al.,** | : | |
| Respondents | : | |

## ORDER

**AND NOW**, on this 20th day of July 2023, upon consideration of Petitioner Dale R. Arnold ("Petitioner")'s petition, filed pursuant to the provisions of 28 U.S.C. § 2254 (Doc. Nos. 1, 1-1), and in accordance with the Court's accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. Nos. 1, 1-1) is **DISMISSED**;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
